IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00736-JLK-BNB

MARK ROLENC,

    Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case and all claims asserted therein is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

BY THE COURT:

August 4, 2010        ***S/John L. Kane***
DATE                    U.S. DISTRICT JUDGE